THE CITY OF NEW YORK, Respondent, *v.* WILLIAM P. BAIRD
et al., Appellants.

*City of New York* v. *Baird,* 117 App. Div. 659, affirmed.
(Argued January 8, 1908; decided January 28, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 1, 1907, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion ·for a new trial in an action to recover on an indemnity bond.

*A. Delos Kneeland* and *J. Woolsey Shepard* for appellants.

*Francis K. Pendleton, Corporation Counsel (Theodore Connoly* and *Terence Farley* of counsel), for respondent.

Judgment affirmed, with costs ; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, HISCOCK and CHASE, JJ.

———————

FRANCESCA TAMBURRO, as Administratrix of the Estate of FRANK TAMBURRO, Deceased, Appellant, *v.* EAGLE TRUCKING COMPANY, Respondent.

*Tamburro* v. *Eagle Trucking Co.,* 115 App. Div. 898, affirmed.
(Argued January 13, 1908; decided January 28, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 15, 1906, affirming a judgment in favor of defendant entered upon a verdict and an order denying a motion for a new trial in an action to recover for the death of plaintiff's intestate alleged to have occurred through defendant's negligence.

*Edward B. La Fetra* for appellant.

*Frank Verner Johnson* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, HISCOCK and CHASE, JJ.    Absent: EDWARD T. BARTLETT and WERNER, JJ.